UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FENWAY ENTERPRISES 1271 BOYLSTON STREET LLC, | ) ) ) ) |
| *Plaintiff*, | ) ) Civil Action No. |
| v. | ) ) **JURY TRIAL DEMANDED** |
| HARD ROCK CAFE INTERNATIONAL (USA), INC., | ) ) ) ) |
| *Defendant*. | ) ) |

## CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF FENWAY ENTERPRISES 1271 BOYLSTON STREET LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Fenway Enterprises 1271 Boylston Street LLC ("Fenway Enterprises"), through its undersigned counsel, states that there are no publicly held companies that own ten percent or more of the stock of Fenway Enterprises. Fenway Enterprises is wholly owned by Fenway Enterprises LLC, which in turn is wholly owned by Fenway Enterprises Investors LLC.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | FENWAY ENTERPRISES 1271 BOYLSTON STREET LLC, |
|  | By its attorneys, |
| Dated: September 23, 2019 | */s/ Andrew T. O'Connor* <br> Jennifer B. Furey (BBO No. 634174) <br> Andrew T. O'Connor (BBO No. 664811) <br> GOULSTON & STORRS PC <br> 400 Atlantic Avenue <br> Boston, Massachusetts 02110 <br> P: (617) 482-1776 <br> F: (617) 574-4112 <br> *jfurey@goulstonstorrs.com* <br> *aoconnor@goulstonstorrs.com* |